In re Nomination Petitions of Brian A. GORDON as a Democratic Candidate for Congress in the 2nd Congressional District.

### Appeal of Pamela Gabell and John Packard.

Supreme Court of Pennsylvania.

Submitted March 30, 2016.

Decided April 11, 2016.

Kathleen Marie Kotula, PA Dept. of State, for Kathleen Kotula, Participants.

Lawrence M. Otter, Harrisburg, Eric S. Steckerl, Collegeville, for John Packard and Pamela Gabell, Appellants.

Brian Anthony Gordon, Gordon & Ashworth, P.C., Philadelphia, pro se.

BEFORE: SAYLOR, C.J., BAER, TODD, DONOHUE, DOUGHERTY, WECHT, JJ.

## ORDER

PER CURIAM.

AND NOW, this 11th day of April, 2016, the Order of the Commonwealth Court is AFFIRMED.